**Ford Elsaesser**
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517 [Facsimile]
documents@eaidaho.com
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No.20-20562 JMM |
| Kern, Chelsea P. | ) | Chapter 7 |
| Kern, Samuel J. | ) | |
| | ) | |
| Debtors | ) | |

### STIPULATION TO DELAY THE ENTRY OF AN ORDER FOR STAY RELIEF

Comes now Ford Elsaesser, Chapter 7 Trustee ("Trustee") in the Kern bankruptcy proceeding, and Idaho Housing and Finance Association fka Idaho Housing Agency ("Creditor"), through its Attorney, Ryan M. Fawcett, Skinner Fawcett LLP and stipulate as follows:

Creditor filed a Motion for Relief from Stay on November 23, 2020 as *Court Docket No. 15* relating to real property commonly described as 3533 N. Stagecoach Dr., Post Falls, ID 83854 ("Property").

Creditor is owed approximately $205,419 under the terms of the note.   Debtors' sworn schedules value the Property at $275,000.

Trustee will be employing realtor, John L. Scott Real Estate, who believes the fair market value of the Property is at least $275,000.

The parties stipulate to the following:

**Stipulation to Delay the Entry of an Order for Stay Relief**                                                                 Page   1

Trustee will have until March 12, 2021 to sell the Property and pay the Creditor from the sale proceeds. If the property does not sell by March 12, 2021, the stay will be lifted automatically.

Dated this 11th day of December 2020.


/s/ Ford Elsaesser
Ford Elsaesser, Chapter 7 Trustee


Dated this 11th day of December 2020

**Skinner Fawcett LLP**

By:/s/ Ryan M. Fawcett
    Ryan M. Fawcett, Attorney for Creditor