RYAN M. FAWCETT
SKINNER FAWCETT LLP
Attorneys at Law
P.O. Box 700, Boise, ID 83701-0700
250 W. Bobwhite Ct., Ste 240, Boise, ID 83706
Telephone: (208) 345-2663
Facsimile: (208) 345-2668
Bar No. 8337
Attorneys for IDAHO HOUSING AND FINANCE ASSOCIATION

UNITED STATES BANKRUPCTY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of | Case No. 20-20562-JMM<br>Ch. 7 |
| CHELSEA P. KERN and SAMUEL J. KERN,<br><br>Debtors. | STIPULATION FOR ENTRY FOR<br>RELIEF FROM AUTOMATIC STAY |

COME NOW the IDAHO HOUSING AND FINANCE ASSOCIATION fka IDAHO HOUSING AGENCY (HomeLoanServ) ("IHA"), by and through its counsel of record, Ryan M. Fawcett, of the firm Skinner Fawcett LLP; and the Chapter 7 Trustee, Ford Elsaesser and stipulate as follows:

1. IHA has moved for relief from the automatic stay, alleging a post-petition default in the monthly installments for the months of July, 2019 through November, 2020 (Docket No. 15). The parties previously stipulated to extend the time for the Trustee to inspect the Property and employ a realtor to market and sell it while the automatic stay remained in effect until March 12, 2021 (Docket No. 18).

2. The Trustee has inspected the Property and determined not to pursue a sale and allow IHA's foreclosure to proceed upon entry of an Order lifting stay.

3. The parties agree that IHA may submit an Order lifting stay at this time.

STIPULATION RE RELIEF FROM AUTOMATIC STAY - PAGE 1

4.  The parties agree that the Property shall remain property of the estate and in the event the foreclosure sale results in surplus funds above the amount secured by valid liens on the Property, IHA shall turn over such surplus funds to the Trustee.

DATED this  22  day of  December  2020.

SKINNER FAWCETT LLP

/s/Ryan M. Fawcett
Ryan M. Fawcett, of the Firm
Attorneys for IDAHO HOUSING AND FINANCE ASSOCIATION

DATED this  22   day of  December , 2020.

/s/Ford Elsaesser
Ford Elsaesser, Chapter 7 Trustee

STIPULATION RE RELIEF FROM AUTOMATIC STAY - PAGE 2